No. 72–5265. Pressel v. Oregon. C. A. 9th Cir. Certiorari denied.

No. 72–5275. Flint v. Howard, Warden. Sup. Ct. R. I. Certiorari denied.

No. 72–5284. Hill v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 72–5313. Dunk et al. v. Manufacturers Light & Heat Co. Sup. Ct. Pa. Certiorari denied.

No. 72–5331. Simpson v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5479. Preston v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5499. Way v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5500. Cardillo v. United States. C. A. 1st Cir. Certiorari denied.

No. 72–5505. Steed v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–5510. Williams v. Louisiana. C. A. 5th Cir. Certiorari denied.

No. 72–5519. Sutherland v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5523. McMullen v. United States. C. A. 4th Cir. Certiorari denied.

No. 72–5555. MaGee v. Superior Court, City and County of San Francisco. Ct. App. Cal., 1st App. Dist. Certiorari denied.